## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIFFANY COOK** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:18cv367-HSO-JCG** |
| | § | |
| | § | |
| **BP AMERICA PRODUCTION** | § | |
| **COMPANY and BP EXPLORATION** | § | |
| **& PRODUCTION, INC.** | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

In accord with the Order entered December 4, 2019, all claims asserted by Plaintiff Tiffany Cook against Defendants BP American Production Company and BP Exploration & Production, Inc. will be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

**SO ORDERED AND ADJUDGED**, this the 4th day of December, 2019.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE